1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

STEVE MIZAR, individually, and on behalf of other members of the general public similarly situated; BRYAN ASHLEY, individually, and on behalf of other members of the general public similarly situated,

        Plaintiffs,

    vs.

H&E EQUIPMENT SERVICES, an unknown business entity; and DOES 1 through 100, inclusive,

        Defendants.

Case No.: 2:20-cv-02419-MCE-DB

Honorable Morrison C. England, Jr.

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**

Complaint Filed: September 28, 2020
Jury Trial Date:  None Set

---

ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
RULE 41(A)(1)(A)(II)

1    The Court, having considered the parties' Joint Stipulation of Dismissal

2 Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause

3 appearing, hereby orders as follows:

4    1. Plaintiffs' individual claims be dismissed with prejudice and the class

5       claims be dismissed without prejudice.

6    2. The Clerk of the Court is directed to close this case.

7    IT IS SO ORDERED.

8 DATED:  August 15, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**LAWYERS _for_ JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1